# Court of Appeals
# of the State of Georgia

ATLANTA,   June 11, 2014

*The Court of Appeals hereby passes the following order:*

## A14I0195.  ADAM GLASLOWITZ, et al. v. STABILIS FUND I, LP.

On April 29, 2014, the trial court entered an order requiring defendants Adam Glaslowitz, et al., to pay a supersedeas bond pending their appeal from the court's grant of summary judgment to the plaintiff.  On April 30, the defendants moved the court to issue a certificate of immediate review for its April 29 order.  From the materials submitted with this application, however, it appears that the court did not issue such a certificate.  Nevertheless, on May 12, 2014, the defendants filed this application for interlocutory appeal.  We lack jurisdiction.

A trial court order requiring the payment of supersedeas bond is ordinarily subject to direct appeal.  And, as a general rule, we will grant an application for interlocutory review if the order complained of is subject to direct appeal and the applicant has not otherwise filed a notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).  But the application must be timely.  See id.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).  Here, although the defendants requested a certificate of immediate review, it appears that no certificate was issued. In the absence of a certificate of immediate review, we lack jurisdiction to review their application for interlocutory appeal.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/11/2014
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*